# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HENRY BRANDON, | |
| Plaintiff(s), | Case No. 2:13-cv-01969-RCJ-NJK |
| vs. | ORDER |
| MAJESTIC BEHAVIORAL HEALTH, | (Docket No. 24) |
| Defendant(s). | |

Pending before the Court is a "Request for Mandamus," filed by Plaintiff who is appearing in this action *pro se*. Docket No. 24. The Court is unable to discern the relief requested by Plaintiff. The only authority cited is 28 U.S.C. § 1361, which does not apply to private defendants. *See, e.g.*, *Thomas v. Devilbiss*, 408 F. Supp. 1357, 1359 (D. Ariz. 1973). Accordingly, Plaintiff's request is hereby DENIED.

IT IS SO ORDERED.

DATED: January 14, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge