1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

10
11
12
13
14
15

| | | |
|---|---|---|
| HENRY BRANDON, | ) | |
| | ) | |
| Plaintiff(s), | ) | Case No. 2:13-cv-01969-RCJ-NJK |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| MAJESTIC BEHAVIORAL HEALTH, | ) | (Docket No. 24) |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

16
17
18
19
20

   Pending before the Court is a "Request for Mandamus," filed by Plaintiff who is appearing in this action *pro se*.  Docket No. 24.  The Court is unable to discern the relief requested by Plaintiff. The only authority cited is 28 U.S.C. § 1361, which does not apply to private defendants. *See, e.g.*, *Thomas v. Devilbiss*, 408 F. Supp. 1357, 1359 (D. Ariz. 1973).  Accordingly, Plaintiff's request is hereby DENIED.

21

   IT IS SO ORDERED.

22

   DATED: January 14, 2014

23
24

_____
NANCY J. KOPPE
United States Magistrate Judge

25
26
27
28