# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HENRY BRANDON, | |
|   Plaintiff(s), | Case No. 2:13-cv-01969-RCJ-NJK |
| vs. | ORDER |
| MAJESTIC BEHAVIORAL HEALTH, | (Docket No. 46) |
|   Defendant(s). | |

Pending before the Court is a "Request for electronic filing. Request to serve representing council of defendants only," filed by Plaintiff who is appearing in this action *pro se*. Docket No. 46. The body of the motion contains a single question, which is not relevant to the title of the request. As the Court is unable to discern the relief sought and the motion is not supported by points and authorities, it is hereby **DENIED** without prejudice. *See, e.g.*, Local Rule 7-2(d).

IT IS SO ORDERED.

DATED: March 10, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge