**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HENRY BRANDON, | ) |
| Plaintiff(s), | ) Case No. 2:13-cv-01969-RCJ-NJK |
| vs. | ) ORDER |
| MAJESTIC BEHAVIORAL HEALTH, | ) |
| Defendant(s). | ) |

On December 6, 2013, Defendant filed a motion to dismiss. Docket No. 9. The parties are required to file a discovery plan 44 days after a defendant's first appearance. *See* Local Rule 26-1(d). The filing of a motion to dismiss does not automatically stay discovery. *See, e.g.*, *Tradebay v. eBay*, 278 F.R.D. 597, 600 (D. Nev. 2011). To date, a discovery plan has not been filed in this case. Accordingly, the Court hereby ORDERS that, no later than March 28, 2014, the parties file either a proposed discovery plan or a request to stay discovery.[1]

IT IS SO ORDERED.

DATED: March 21, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge

---

[1] Any request to stay discovery shall address the relevant standards, as outlined in *Tradebay*.