**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HENRY BRANDON,<br><br>       Plaintiff,<br><br>vs.<br><br>MAJESTIC BEHAVIORAL HEALTH,<br><br>       Defendant. | Case No.: 2:13-cv-01969-RCJ-NJK<br><br>**ORDER** |

This case arises out of a dispute over the quality of mental health services. The Court dismissed the case for lack of subject matter jurisdiction. Plaintiff has filed three Motions for Writ of Mandamus (ECF Nos. 55, 62, 63) in which he asks the Court to require Defendant to turn over certain records to him, as well as a Motion to Compel (ECF No. 56), in which he asks the Court to order Defendant's counsel to obtain certain pleadings in the case. The Court denies the motions. There is no case pending, and the Court has no continuing jurisdiction over a case that was dismissed for lack of subject matter jurisdiction. In any case, the Court cannot issue a writ of mandamus as to Defendant, as it is not a federal employee or official. *See* 28 U.S.C. § 1361.

///

///

## CONCLUSION

IT IS HEREBY ORDERED that the Motions for Writ of Mandamus (ECF Nos. 55, 62, 63) and the Motion to Compel (ECF No. 56) are DENIED.

IT IS SO ORDERED.

Dated: July 29, 2014.

_____
ROBERT C. JONES
United States District Judge