UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HENRY BRANDON,<br><br>            Plaintiff,<br><br>      vs.<br><br>MAJESTIC BEHAVIORAL HEALTH,<br><br>            Defendant. | Case No.: 2:13-cv-01969-RCJ-NJK<br><br>**ORDER** |

  This case arises out of a dispute over the quality of mental health services.  The Court dismissed the case for lack of subject matter jurisdiction.  The time to appeal has long run. Plaintiff later filed three motions for writ of mandamus, in which he asked the Court to require Defendant to turn over certain records to him, as well as a motion to compel, in which he asked the Court to order Defendant's counsel to obtain certain pleadings in the case.  The Court denied the motions because there was no case pending, and the Court had no continuing jurisdiction over a case that had been dismissed for lack of subject matter jurisdiction.  Also, the Court could not issue a writ of mandamus as to Defendant, as it is not a federal employee or official.  *See* 28 U.S.C. § 1361.  Plaintiff has now filed another motion for a writ of mandamus and a motion requesting miscellaneous relief.

///

## CONCLUSION

IT IS HEREBY ORDERED that the Motions (ECF Nos. 71, 72) are DENIED.

IT IS FURTHER ORDERED that the Clerk shall accept no more filings from Plaintiff in this case.

IT IS SO ORDERED.

Dated this 15th day of October, 2014.

_____
ROBERT C. JONES
United States District Judge