UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

HENRY BRANDON,

    Plaintiff(s),

v.

MAJESTIC BEHAVIORAL HEALTH,

    Defendant(s).

Case No.: 2:13-cv-01969-RCJ-NJK

**ORDER**

[Docket Nos. 75, 76]

    This case arises out of a dispute over the quality of mental health services. The case was dismissed and has been closed since 2014. Docket No. 53. Pending before the Court are two filings by non-party Richard Richmond Ross, with captions that do not match this case. *See* Docket Nos. 75, 76. Indeed, it appears these filings relate in some way to alleged issues involving the local police department and a casino. *See id.* Such filings do not belong in this case. Accordingly, these filings are **STRICKEN**.

    IT IS SO ORDERED.

    Dated: November 22, 2019

                                                        Nancy J. Koppe
                                                        United States Magistrate Judge